United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES CASTILLO, ) | No. C 11-06406 JW (PR) |
| Plaintiff, ) | ORDER OF DISMISSAL |
| vs. ) | |
| SANTA CLARA COUNTY SUPERIOR COURT, et al., ) | |
| Defendants. ) | |

On December 19, 2011, Plaintiff filed this pro se civil rights pursuant to 42 U.S.C. § 1983. The same day, the clerk of the Court notified Plaintiff that he must file an in forma pauperis application or pay the full filing fee to avoid dismissal of the action. (Docket No. 3.) On January 9, 2012, Plaintiff filed an incomplete in forma pauperis application. In the interest of justice, the Court granted Plaintiff an extension of time such that he had until May 10, 2012, to file a complete in forma pauperis application or to pay the full $350.00 filing fee. See Docket No. 6. Plaintiff was advised that failure to respond in the time provided could result in dismissal of this case without prejudice for failure to pay the filing fee. (Id.)

//

//

Order of Dismissal
C:\Users\noblew\Desktop\Scanned Documents\11-6406 JW Order of Dismissal - Santa Clara County Superior Court.wpd

1   The deadline has passed, and Plaintiff has neither paid the filing fee, filed a
2   complete in forma pauperis application, nor explained his failure to do so.
3   Accordingly, this case is DISMISSED without prejudice. See Fed. R. Civ. P. 41(b).
4   The Clerk shall close this file and terminate all pending motions as moot.

6   IT IS SO ORDERED.

8   DATED: May 31, 2012              _____
                                      JAMES WARE
9                                     United States District Chief Judge

Order of Dismissal
C:\Users\noblew\Desktop\Scanned Documents\11-6406 JW Order of Dismissal - Santa Clara County Superior Court.wpd

**United States District Court**
For the Northern District of California